THE VAN BEL COMPANY, INC., Plaintiff, *v.* LOUISE SIEVERS et al., Appellants, and THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 5, TOWN OF ISLIP, et al., Respondents.

(Argued October 23, 1934; decided November 20, 1934.)

*Alfred Ekelman* for Louise Sievers et al., appellants.

*Charles H. Kelby* and *Joseph T. Losee* for the Board of Education, respondent.

*William B. Butler* and *William P. Moyles* for American Surety Company of New York, respondent.

*J. Melvin Dodson* for Seneca Lumber and Millwork Company, respondent.

*Guy O. Walser* for Truscon Steel Company, respondent.

*Louis H. Levin* for Samuel Epstein, Inc., respondent.

*Leo T. Kissam* for Fidelity and Deposit Company of Maryland, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.